CHARLOTTE POLISENO v. JOSEPH BOODIN, M.D.

June 26, 1987.

Petition for certification denied.

MELVIN KIMBLE AND CHRISTINA KIMBLE v. CLIFFORD GARRIGAN AND MARIE GARRIGAN.

June 26, 1987.

Petition for certification denied.